No. 117. J. L. CONGDON, PLAINTIFF IN ERROR, v. THE PEOPLE OF THE STATE OF MICHIGAN. In error to the Supreme Court of the State of Michigan. Argued December 11, 1905. Decided January 2, 1906. Per Curiam. Dismissed for the want of jurisdiction. Schlosser v. Hemphill, 198 U. S. 173; Haseltine v. Bank, 183 U. S. 130. Mr. Thomas J. Cavanaugh, Mr. H. T. Cook and Mr. Wm. G. Howard for plaintiff in error. Mr. David Anderson, Mr. John E. Bird, Mr. Rus-

sell M. Chase, Mr. Charles A. Blair and Mr. Henry E. Chase for defendants in error.